FILED

2018 APR 12 PM 3: 25

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N F O R M A T I O N |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:18 CR 188 |
| ) | JUDGE ADAMS |
| BRUCE A. MCCAULEY, ) | Title 18, Section 641, |
| Defendant. ) | United States Code |

### COUNT 1

The United States Attorney charges:

On or about October 12, 2017, in the Northern District of Ohio, Eastern Division, BRUCE A. MCCAULEY, willfully and knowingly did steal, purloin, and convert to his own use, and without authority convey and dispose of property of the United States exceeding $1,000.00 in value belonging to the Department of Veterans Affairs ("VA"), an agency of the United States, to wit: BRUCE A. MCCAULEY stole a medical device, which was the property of the VA and permanently assigned to veteran IF, with a value of approximately $9,120.00, in violation of Title 18, Section 641, United States Code.

JUSTIN E. HERDMAN
United States Attorney

By: *[signature]*
EDWARD F. FERAN, Chief
General Crimes Unit